IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON PALTON,
ADC #95164                                                                                                PLAINTIFF

5:06CV00198 SWW/HDY

STEVEN JACKSON, et al.                                                                           DEFENDANTS

## ORDER

The Court has received proposed partial findings and recommendations from Magistrate Judge H. David Young. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

IT IS, THEREFORE ORDERED that the motion to dismiss and amended motion to dismiss (DE ##35, 46), filed by defendants Barnett, Davis, Gibson, Harris, Hurst, Malone, Moore, Jackson, and Luckett are GRANTED in part, only with respect to plaintiff's monetary claims against them in their official capacities, and DENIED in all other respects.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment (DE #44) is hereby construed as a motion for preliminary injunctive relief and should be docketed as such, and that defendants shall respond to such motion within fifteen days of the date of this Order.

IT IS SO ORDERED this 11th day of December, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE