IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON DEON PALTON,
ADC #95164                                                                                                  PLAINTIFF

v.                                    5:06CV00198HLJ

STEVEN JACKSON, et al.                                                   DEFENDANTS

<u>ORDER</u>

This matter is before the Court on defendants' motion to withdraw their motion to quash/for a protective order and plaintiff's unopposed motion for extension of time to complete discovery and motions deadlines (DE ##170, 171). In addition, in his motion for extension, plaintiff indicates that his previously-filed motion to quash/for a protective order (DE #157) is now moot. Based on the parties' filings, it appears to the Court that the discovery dispute which prompted the filings of the parties' motions to quash has now been resolved. Therefore, those motions will be denied and defendants' motion to withdraw will be granted. In addition, the Court will grant plaintiff's motion for extension. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion to withdraw (DE #171) their previously-filed motion to quash (DE #159) is hereby GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion to quash (DE #157) is hereby DENIED as moot.

IT IS FURTHER ORDERED that plaintiff's unopposed motion to extend (DE #170) is hereby GRANTED. The discovery deadline in this action is now extended until May 8, 2009, and the motions deadline is extended until May 22, 2009.

IT IS SO ORDERED this 9th day of April, 2009.

/s/ Henry L. Jones, Jr.
United States Magistrate Judge