IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON DEON PALTON,
ADC #95164                                                          PLAINTIFF

v.                              5:06CV00198HLJ

STEVEN JACKSON, et al.                                           DEFENDANTS

ORDER

Defendants' motion to file under seal an exhibit in support of their motion for summary

judgment (DE #183) is hereby GRANTED.

IT IS SO ORDERED this 29th day of May,  2009.


_____
United   States   Magistrate   Judge