## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JASON DEON PALTON

vs.                                              NO. 5:06CV00198 SWW

STEVEN JACKSON, ET AL

<u>JUDGMENT ON JURY VERDICT</u>

This action came on for trial on July 13, 2009, before a jury, the Honorable Susan Webber Wright, United States District Judge, presiding, and the issues having been duly tried and the jury having rendered its verdict by answering Interrogatories #1, #2, #3, #4, #5, #6 #7 and #8 on July 16, 2009; now therefore, pursuant to those answers,

IT IS ORDERED AND ADJUDGED that plaintiff, Jason Deon Palton, has proved the elements of his claim of excessive force committed by sexual assault against defendant Antonio Remley, pursuant to the answer to Interrogatory #1, and plaintiff is awarded punitive damages against Antonio Remley in the amount of $250,000, pursuant to Interrogatory #8; and plaintiff has proved the elements of his claim of failure to protect from sexual assault by Antonio Remley against defendant, *Tommy Hurst*, pursuant to the answer to Interrogatory #3, and plaintiff is awarded punitive damages against Tommy Hurst in the amount of $1,000, pursuant to Interrogatory #8.

IT IS FURTHER ORDERED AND ADJUDGED that pursuant to Interrogatory #7, plaintiff, *Jason Deon Palton*, will be awarded $10,000 in compensatory damages.

IT IS FINALLY ORDERED AND ADJUDGED that plaintiff, *Jason Deon Palton*, has not proved the elements of his claim of failure to protect plaintiff from sexual assault by Antonio Remley against defendants, *Gregg Moore and Steven Jackson,* and the claims of deliberate indifference to plaintiff's serious mental health needs against *Donald Compton and Willie Hampton*, pursuant to Interrogatories #2, #4, #5 and #6 and those claims hereby are ***dismissed***.

DATED this 17th day of July 2009.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE
